Keri Curtis Axel (Bar No. 186847)
 kaxel@waymakerlaw.com
Scott M. Malzahn (Bar No. 229204)
 smalzahn@waymakerlaw.com
Ashley E. Martabano (Bar No. 236357)
 amartabano@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile:  (424) 652-7850

Christopher Pelham (Bar No. 241068)
 christopher.pelham@nortonrosefulbright.com
Abigail G. Urquhart (Bar No. 310547)
 abigail.urquhart@nortonrosefulbright.com
Alex Scandroli (Bar No. 345278)
 alex.scandroli@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile:  (213) 892-9494

*Attorneys for Plaintiff*
*Los Angeles Homeless Services Authority*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES HOMELESS SERVICES AUTHORITY, a joint powers authority,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOUSING AND | Case No. 2:26-cv-07056 PA (AJRx)<br><br>**PLAINTIFF LOS ANGELES HOMELESS SERVICES AUTHORITY'S NOTICE OF RELATED CIVIL CASES** |

URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as the Secretary of the U.S. Department of Housing and Urban Development; and DOES 1-10,

     Defendants.

LAHSA'S NOTICE OF RELATED CIVIL CASES

<u>**NOTICE OF RELATED CIVIL CASES**</u>

Pursuant to Local Rule 83-1.3, Plaintiff Los Angeles Homeless Services Authority ("LAHSA") files this Notice of Related Civil Cases, to inform this Court as follows:

**I.   BACKGROUND**

On March 10, 2020, the Los Angeles Alliance of Human Rights, and various individuals, filed a complaint against defendants the City of Los Angeles and the County of Los Angeles, Case Number 2:20-cv-02291-DOC-KES ("LA Alliance Case"). This case was assigned to the Honorable David O. Carter and has been related to the following cases: 8:17-cv-00246-DOC-KES; 2:21-cv-06109-DOC-KES; 2:21-cv-06003-DOC-KES; 2:21-cv-07305-DOC-KES; 2:21-cv-07596-DOC-KES; 2:22-cv-00483-DOC-KES; and 2:22-cv-00484-DOC-KES.

For the reasons set forth below, it is possible that the above captioned case the LA Alliance Case may entail substantial duplication of labor if heard by different judges.

**II.   FACTUAL SUMMARY**

In the LA Alliance case, Plaintiffs sued the City of Los Angeles ("City") and the County of Los Angeles ("County") for alleged violations of California law, the California Constitution, the Americans with Disabilities Act, the Rehabilitation Act, and the United States Constitution through 42 U.S.C. §1983 due to defendants' approach to the Los Angeles street homelessness crisis, including the lack of sufficient shelter and proliferation of encampments on public rights of way. The case involved, *inter alia*, submissions and hearings related to the City's administration of and relationship with LAHSA. *See, e.g.*, *LA Alliance*, 792 F. Supp. 3d 1049, 1060 (C.D. Cal. 2025).

/ / /

/ / /

/ / /

LAHSA'S NOTICE OF RELATED CASES

LAHSA was never a party to the *LA Alliance* case, but the facts discussed in the matter included audits, reviews, and investigations of LAHSA's operation and efficacy.

Respectfully,

DATED:  June 29, 2026          WAYMAKER LLP


By:  */s/ Keri Curtis Axel*
     KERI CURTIS AXEL
     *Attorneys for Plaintiff*
     *Los Angeles Homeless Services Authority*

DATED:  June 29, 2026          NORTON ROSE FULBRIGHT US LLP


By:  */s/ Chris Pelham*
     CHRIS PELHAM
     *Attorneys for Plaintiff*
     *Los Angeles Homeless Services Authority*

LAHSA'S NOTICE OF CIVIL RELATED CASES