# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES HOMELESS SERVICES AUTHORITY, a joint powers authority,<br><br>     Plaintiff,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as the Secretary of the U.S. Department of Housing and Urban Development; and DOES 1-10,<br><br>     Defendants. | Case No.: 2:26-cv-07056 PA (AJRx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF LOS ANGELES HOMELESS SERVICES AUTHORITY'S *EX PARTE* APPLICATION FOR PRELIMINARY RELIEF UNDER 5 U.S.C. § 705, AND FOR PRELIMINARY INJUNCTION**<br><br>Judge:       Hon. David O. Carter<br><br>Date:        August 6, 2026<br>Time:        9:00 a.m.<br>Courtroom: 1 |

This matter comes before the Court on Noticed *Ex Parte* Application for Preliminary Relief Under 5 U.S.C. § 705, For a Temporary Restraining Order, and For Preliminary Injunction (the "Application") filed by Plaintiff Los Angeles Homeless Services Authority ("LAHSA"). On July 2, 2026, this Court converted the Application into a Motion for a Preliminary Injunction and set a briefing schedule. (Dkt. 21.) The Court, based on briefing and evidence submitted by the parties, oral argument, and all other matters properly considered by the Court, GRANTS a preliminary injunction in favor of LAHSA.

The Court FINDS that LAHSA has established (i) a likelihood of success on the merits on its four claims; (ii) a likelihood of irreparable harm absent a preliminary injunction; and (iii) the balance of equities tips in LAHSA's favor and a preliminary injunction is in the public interest.

IT IS HEREBY ORDERED that, under Federal Rule of Civil Procedure Rule 65(a) and pending trial of this action, Defendants Donald J. Trump, in his official capacity as President of the United States of America, the U.S. Department of Housing and Urban Development ("HUD"), and Scott Turner, in his official capacity as Secretary of HUD, including their agents, servants, employees, partners, and any person acting concert with them and any person affiliated with them (collectively, "Defendants"), are preliminarily enjoined and restrained from suspending, barring, excluding or taking any other adverse action to prevent LAHSA from:

a. Providing homelessness services or from participating in the Continuum of Care program or any other federal program, as a participant, principal, or collaborative applicant;

b. Carrying out the programmatic functions or other responsibilities delegated to it by the Los Angeles City and County Continuum of Care ("LA CoC"), including but not limited to LAHSA's existing functions as Homeless Management Information System ("HMIS") Lead and Coordinated Entry System ("CES")

1

Coordinator and all other programmatic functions, including the Point-In-Time Count;

        c.     Seeking, obtaining or processing reimbursement or payment from HUD on its own behalf or on behalf of other eligible service providers in the LA CoC, pursuant to grant awards and/or cooperative grant agreements previously issued by HUD under the CoC program for fiscal years 2025, 2024, 2023, and 2022 Special Unsheltered NOFO;

        d.     Distributing federal, state, or local grant funds to eligible service providers in the LA CoC; or

        e.     Applying for funding on behalf of the LA CoC under HUD's Fiscal Year (FY) 2026 Continuum of Care Competition and Youth Homelessness Demonstration Program Grants Notice of Funding Opportunity ("NOFO").

IT IS FURTHER ORDERED that Defendants are preliminarily enjoined and restrained from suspending, barring, excluding or taking any other adverse action to prevent the LA CoC from participating in or executing its responsibilities under the CoC program.

Defendants are shall immediately provide notice of this Order to all appropriate government officials, and as proper, Defendants' employees, and anyone acting in concert with them. Defendants shall file a confirmation of the dissemination of that notice on the docket within 72 hours of the issuance of this Order.

No bond will be required of LAHSA.

**IT IS SO ORDERED.**

DATED: _____

                                Honorable David O. Carter
                                United States District Judge

2