BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSHUA S. HA
Counsel to the Assistant Attorney General
Civil Division

NOAH T. KATZEN
Civil Division, Federal Programs Branch

Attorneys for Defendants

BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Acting United States Attorney
Acting Chief, Complex and Defensive Litigation Section
ALEXANDER L. FARRELL (Cal. Bar No. 335008)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-5557
E-mail: Alexander.Farrell@usdoj.gov

*(Counsels for Plaintiff continued onto next page)*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES HOMELESS SERVICES AUTHORITY,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>Defendants. | No. 2:26-cv-07056-DOC-AJR<br><br>**JOINT STATUS REPORT ON NEGOTIATIONS ON STIPULATED PROPOSED ORDER MAINTAINING THE STATUS QUO**<br><br>Honorable David O. Carter<br>United States District Judge |

Keri Curtis Axel (Bar No. 186847)
kaxel@waymakerlaw.com
Scott M. Malzahn (Bar No. 229204)
smalzahn@waymakerlaw.com
Ashley E. Martabano (Bar No. 236357)
amartabano@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

Christopher Pelham (Bar No. 241068)
christopher.pelham@nortonrosefulbright.com
Abigail G. Urquhart (Bar No. 310547)
abigail.urquhart@nortonrosefulbright.com
Alex Scandroli (Bar No. 345278)
alex.scandroli@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

*Attorneys for Plaintiff*
*Los Angeles Homeless Services Authority*

# JOINT STATUS REPORT

## I. Introduction

On July 2, 2026, the Court ordered the Parties to submit, by no later than July 16, 2026, "a Stipulated Proposed Order maintaining the status quo with respect to LAHSA's provision of services until the Court has the opportunity to rule on the preliminary injunction." Dkt. 33. On July 10, 2026, the Parties, through their counsels of record conferred by videoconference to discuss terms of a draft Stipulated Proposed Order that had been provided by LAHSA on the prior day. Between July 14 and 16, 2026, the Parties exchanged additional drafts of the Stipulated Proposed Order.

As of the end of business on July 16, 2026, the Parties have not yet reached a final stipulation. The Parties therefore submit their current positions.

## II. Plaintiff's Position

LAHSA believes that the Court intends to issue an order preserving the *status quo ante* (that is, the *status quo* as it existed prior to the June 11 Letter) "with respect to LAHSA's provision of services," (Dkt. 21 at 2) and asked the parties to stipulate to the specifics of such an order.  HUD's position, as it explains below, is that it can continue "to give full effect" to its June 11 and June 18 Letters, which would include continuing to alter the *status quo* in its own unfettered discretion. HUD has in fact taken steps to do so, by just today issuing a new FY '26 NOFO permitting a "direct-to-HUD application process" for Los Angeles County. This was not discussed during the meet-and-confer process and is inconsistent with the June 18 letter permitting LAHSA an opportunity to respond to the "proposed remedy."

HUD's proposed order is wholly consistent with HUD's views that it can continue to act in furtherance of the June 11 and 18 letters; accordingly, what HUD has proposed as to a form of order does not maintain the *status quo* at all (either prior to June 11, or even post-June 11); it merely repeats HUD's interpretation of the scope of the suspension, including reiterating HUD's purported power to continue to alter the *status quo* (a power it clearly intends to use, in that it announced today that it would finalize the

new FY '26 NOFO within the next 7 days). LAHSA intends to submit its own *status quo* proposed order and will do so no later than July 17.

**III. Defendants' Position**

Defendants contend the Court's limited Order directed the Parties to confer on a stipulation directed at preserving the status quo relating to LAHSA's provision of services that are unaffected by the June 11 and June 18 Letter actions currently under review. Defendants do not read the Court's Order to affect their ability to give full effect to the June 11 and June 18 Letters' actions during the pendency of the litigation, given the Court's acknowledgment in its Order that entering a temporary restraining order was inappropriate before the parties had a chance to present their positions in a preliminary injunction hearing. Defendants respectfully state that the Court has not yet completed its preliminary injunction analysis pursuant to *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7 (2008), and therefore, Defendants should not be enjoined from enforcing the suspension or taking further agency action.

Defendant's counsel is willing to confer further with LAHSA's counsel, and the Parties are still exchanging drafts as of the filing of this Status Report. Defendants therefore respectfully request a continuance of the Court's deadline until Friday July 24, 2026, to either (1) submit a Stipulated Proposed Order, or else in the alternative (2) submit a second joint status report summarizing their negotiations and positions on this issue.

Defendants intend to file a response to LAHSA's unilateral *status quo* proposed order after it is lodged.

Dated: July 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSHUA S. HA
Counsel to the Assistant Attorney General
Civil Division

NOAH T. KATZEN
Civil Division, Federal Programs Branch

BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Acting United States Attorney
Acting Chief, Complex and Defensive Litigation Section

*/s/ Alexander L. Farrell*
ALEXANDER L. FARRELL
Assistant United States Attorney

Attorneys for Defendants

DATED: July 16, 2026

WAYMAKER LLP

By: */s/ Keri Curtis Axel*
KERI CURTIS AXEL
*Attorneys for Plaintiff*
*Los Angeles Homeless Services Authority*

DATED: July 16, 2026

NORTON ROSE FULBRIGHT US LLP

By: */s/ Christopher Pelham*
CHRISTOPHER PELHAM
*Attorneys for Plaintiff*
*Los Angeles Homeless Services Authority*

* Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.