**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-07056-DOC-AJR                                Date:  August 3, 2026

Title: Los Angeles Homeless Services Authority v. Donald J. Trump et al

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER REQUIRING LOS ANGELES CONTINUUM OF CARE TO ATTEND AUGUST 6, 2026 HEARING**

The Los Angeles Continuum of Care is **ORDERED** to be present August 6, 2026 at 9:00 a.m. in Courtroom One at the Felicitas and Gonzalo Mendez United States Courthouse (formerly known as the First Street Courthouse) to argue their Motion to Intervene (Dkt. 37).

Initials of Deputy Clerk: kdu