**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CIVIL MINUTES – GENERAL

Case No: <u>2:26-cv-07056-DOC-AJR</u>                                    Date: <u>August 6, 2026</u>

Case Title: <u>Los Angeles Homeless Services Authority v. Donald J. Trump, et al.</u>

PRESENT:   <u>THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE</u>

|  |  |
|---|---|
| <u>Karlen Dubon</u> | <u>Court Smart</u> |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Keri Axel, Christopher Pelham | Alexander Farrell, Daniel Beck |
| Scott Malzahn, Emily Stierwalt | Joshua Ha, Bilal Ali "Bill" Essayli |

**Proposed Intervenor:**
Shayla Myers, Mark Rosenbaum
Robyn Crowther

PROCEEDINGS:            **MOTION RE PRELIMINARY INJUNCTION**
                                         *(Held in Los Angeles)*

Also present, Gita O'Neill, LAHSA Interim CEO.

The Court granted the LA CoC's Motion to Intervene (Dkt. 37).

The LA CoC's Ex Parte Application to Shorten Briefing Schedule (Dkt. 38) is DENIED AS MOOT.

The Court hears oral arguments and takes the motion under submission.

The government shall file a proposed briefing scheduling (timeline) by no later than August 7, 2026 at 5:00 PM; Plaintiff shall file their responses no later than August 10, 2026 at 500 PM.

The Court will take judicial notice in the LA Alliance case of the Opinion from last June (Dkt. 991) and the more recent Attorneys' Fees Order (Dkt. 1127).

The parties should expect a February trial date.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-07056-DOC-AJR                                   Date: August 6, 2026
                                                                         Page 2

The Court orders the transcript for these proceedings be produced forthwith at the
Government's expense, billed at the daily rate. The Court orders the transcript be
made available on the public docket immediately.

The transcript will also be available to download from the Court's Cases of
Interest webpage:  https://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

**cc:**   CourtRecording_CACD@cacd.uscourts.gov
        Transcripts_CACD@cacd.uscourts.gov
        Reporter_CACD@cacd.uscourts.gov

                                                                  03  :  23

                                                            Initials of Deputy Clerk: kdu