**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-07056-DOC-AJR Date: August 20, 2026

Title: Los Angeles Homeless Services Authority v. Donald J. Trump et al.

---

PRESENT: THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
| --- | --- |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| --- | --- |
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS): NOTICE RE COMMUNICATION FROM BETTER ANGELS INC.**

On August 20, 2026, the Court received from Michele Martinez, Special Master in Case No. 2:20-cv-02291-DOC-KES *LA Alliance for Human Rights et al. v. City of Los Angeles et al.*, the attached request from Better Angels Inc. ("Better Angels") and its CEO Adam Miller to meet with Judge Carter. Better Angels also linked to a document presenting information about its technology.

Per the Court's Order on August 13, 2026, the initial step for any entity, including Better Angels, must be an application to the Los Angeles Continuum of Care ("LA CoC"). *See* Dkt. 63 at 27. Any entity, including Better Angels, may apply to become the region's Collaborative Applicant, HMIS lead, CES Coordinator, or PIT Count Administrator. *See id*. After considering all applicants for these roles, the LA CoC will make an initial report to the Court, subject to a written response filed by the U.S. Department of Housing and Urban Development (HUD). *See id.* (ordering the LA CoC to file a written report with the Court "summarizing its evaluations of all entities that have applied" by October 13, 2026, and further ordering HUD to file a "written response regarding the LA COC's evaluation of the applicant pool" by October 20, 2026).

All interested entities are encouraged by the Court to apply.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

**DOCChambers**

**From:** Michele <michele@michelecmartinez.com>
**Sent:** Thursday, August 20, 2026 3:09 PM
**To:** DOCChambers
**Subject:** Fwd: Urgent Meeting Request - Better Angels Founder/CEO, Adam Miller; RE: HUD Funding Freeze/LAHSA - Technological Solutions

**CAUTION - EXTERNAL:**

I was asked to send this to Judge Carter . Can we please get this to Judge Carter and the clerks.

Thank you,

Michele Martinez
714-887-9845
Sent from my iPhone

Begin forwarded message:

> **From:** Elizabeth Birks <elizabeth@betterangels.la>
> **Date:** August 19, 2026 at 2:59:41 PM PDT
> **To:** DOC_Chambers@cacd.uscourts.gov, Michele <michele@michelecmartinez.com>
> **Subject: Re: Urgent Meeting Request - Better Angels Founder/CEO, Adam Miller; RE: HUD Funding Freeze/LAHSA - Technological Solutions**
>
> Hello Michele,
>
> I appreciate you taking the time to speak with me briefly during the LAHSA v Donald Trump (docket number 2:26-cv-07056) hearing a couple of weeks ago.
>
> As I mentioned, I am reaching out for your assistance in coordinating a meeting with Better Angels CEO, Adam Miller, and Judge Carter at the Judge's earliest opportunity.
>
> Better Angels has developed a **Better Angels Homelessness Outreach App and Shelter Directory and Management System that is Integrated with HMIS.** You can learn more about how **Better Angels technology creates a more transparent, efficient, and accountable homelessness response system** via this one pager.
>
> Please share with Judge Carter as well for his review.
>
> Have a great rest of your week,
> Elizabeth

Kind Regards,
Elizabeth Birks
Director of Partnerships
Better Angels Website
https://calendly.com/elizabeth-betterangels

On Tue, Jul 21, 2026 at 12:38 PM Elizabeth Birks <elizabeth@betterangels.la> wrote:

Dear Judge Carter,

I am reaching out on behalf of Adam Miller, Founder and CEO of Better Angels, to request a time to meet at your earliest opportunity.

With the U.S. Department of Housing and Urban Development (HUD's) recent freeze of federal funding to The Los Angeles Homeless Services Authority (LAHSA), we truly appreciate your swift response in protecting the public interest.

After reviewing HUD's 'Notice of Immediate Suspension Pending Investigation' letter to LAHSA, we believe that our technology will address HUD's concerns as well as significantly streamline and revolutionize homelessness outreach and services in Los Angeles County.

As a proof of concept, we would like to demo the **Better Angels Homelessness Outreach App and Shelter Directory and Management System.**

We are happy to report that our outreach app is already integrated with the federally mandated Homeless Management Information System (HMIS), and our team is exploring integration with other systems (i.e. CHAMP) that would allow for seamless and transparent communication between multiple County departments that service the unhoused population.

Are you available to meet in the next two weeks?

Kind Regards,
Elizabeth Birks

Director of Partnerships
Better Angels Website
https://calendly.com/elizabeth-betterangels

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.