**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

LOS ANGELES HOMELESS SERVICES AUTHORITY, a joint powers authority,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as the Secretary of the U.S. Department of Housing and Urban Development; and DOES 1-10,

Defendants.

No. 2:26-cv-07056-DOC-AJR

**ORDER GRANTING JOINT STIPULATION TO MAINTAIN STATUS QUO AND ENJOIN SUSPENSION OF LOS ANGELES HOMELESS SERVICES AUTHORITY [134]**

Honorable David O. Carter
United States District Judge

**ORDER**

Plaintiff the Los Angeles Homeless Services Authority; Plaintiff-Intervenor Plaintiff Los Angeles Continuum of Care; and Defendants Donald J. Trump, the United States Department of Housing and Urban Development, and Scott Turner (collectively, the "Parties") filed a joint stipulation requesting that the Court enter an Order maintaining the status quo.

Having considered the stipulation of the parties and good cause appearing, the Court **ORDERS** that:

1. This Court enjoins and stays HUD's suspension of LAHSA and therefore the remedial measures against the Los Angeles Continuum of Care through the conclusion of this litigation. The status quo that was in place as of October 26, 2026, shall be maintained and preserved by the Parties.
2. This Court holds in abeyance any issues in this litigation regarding the completeness of the administrative record, until and if, the parties determine there is a later need to discuss with the Court the completeness of the administrative record.
3. HUD will review and process the Consolidated Application submitted by LAHSA in the ordinary course of the national competition notwithstanding LAHSA's continued roles on behalf of the Los Angeles Continuum of Care and the planned future transfers of these roles.

**IT IS SO ORDERED.**

Dated: October 27, 2026

David O. Carter

Hon. David O. Carter
United States District Judge